IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>                         *Plaintiff,*<br><br>   v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>                         *Defendants*. | No. 24-cv-484 |

**RULE LCvR 26.1 CERTIFICATE**

      I, the undersigned, counsel of record for Plaintiff United Therapeutics Corporation (UTC) certify that to the best of my knowledge and belief, UTC has no parent corporation and that BlackRock Inc., collectively through different BlackRock entities, may own 10% or more of its stock.

      These representations are made in order that judges of this court may determine the need for recusal.

February 20, 2024

Respectfully submitted.

*/s/ William C. Jackson*
William C. Jackson (D.C. Bar No. 475200)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4000
wjackson@goodwinlaw.com

*Attorney for United Therapeutics Corporation*