AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-484 |
| FOOD AND DRUG ADMINISTRATION, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation.

Date: 02/20/2024

/s/ Gerard J. Cedrone
*Attorney's signature*

Gerard J. Cedrone (D.D.C. Bar # MA0019)
*Printed name and bar number*

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
*Address*

gcedrone@goodwinlaw.com
*E-mail address*

(617) 570-1000
*Telephone number*

(617) 523-1231
*FAX number*