AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-484 |
| FOOD AND DRUG ADMINISTRATION, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation                                                         .

Date:   02/20/2024

/s/ Brian T. Burgess
*Attorney's signature*

Brian T. Burgess (D.C. Bar # 1020915)
*Printed name and bar number*

Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036
*Address*

bburgess@goodwinlaw.com
*E-mail address*

(202) 346-4000
*Telephone number*

(202) 346-4444
*FAX number*