AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION <br> *Plaintiff* <br> v. <br> FOOD AND DRUG ADMINISTRATION, et al. <br> *Defendant* | ) <br> ) <br> )  Case No. 24-cv-484 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation.

Date: 02/20/2024

/s/ William M. Jay
*Attorney's signature*

William M. Jay (D.C. Bar # 480185)
*Printed name and bar number*

Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036
*Address*

wjay@goodwinlaw.com
*E-mail address*

(202) 346-4000
*Telephone number*

(202) 346-4444
*FAX number*