AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-484 |
| FOOD AND DRUG ADMINISTRATION, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation                                                                      .

Date:   02/20/2024                                          /s/ Shaun R. Snader
                                                                            *Attorney's signature*

                                                                  Shaun R. Snader (D.C. Bar # 492231)
                                                                       *Printed name and bar number*

                                                                  United Therapeutics Corporation
                                                                  1735 Connecticut Ave. NW, 2nd Floor
                                                                  Washington, DC 20009
                                                                                    *Address*

                                                                       ssnader@unither.com
                                                                            *E-mail address*

                                                                           (202) 304-1701
                                                                          *Telephone number*

                                                                            *FAX number*