AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION <br> *Plaintiff* <br> v. <br> FOOD AND DRUG ADMINISTRATION, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 24-cv-484 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation.

Date: 02/20/2024

/s/ Paul W. Hughes
*Attorney's signature*

Paul W. Hughes (D.C. Bar # 997235)
*Printed name and bar number*

McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001

*Address*

phughes@mwe.com
*E-mail address*

(202) 756-8981
*Telephone number*

(202) 591-2784
*FAX number*