UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00484-JDB |

**Notice of Appearance**

I, Noah T. Katzen, hereby notify the Court and all parties of record of my appearance in this case as counsel for Federal Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

March 4, 2024

Respectfully submitted,

*/s/ Noah T. Katzen*
NOAH T. KATZEN (D.C. Bar No. 1006053)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-2428
(202) 514-8742 (fax)
noah.t.katzen@usdoj.gov