AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United Thearpeutics Corp. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-484 |
| Food & Drug Administration, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor Liquidia Technologies, Inc. (419 Davis Drive, Morrisville, NC 27560)   .

Date:  03/04/2024

/s/ Bryan Killian
*Attorney's signature*

Bryan Killian (No. 989803)
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Address*

bryan.killian@morganlewis.com
*E-mail address*

(202) 373-6191
*Telephone number*

(202) 739-3001
*FAX number*