AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United Thearpeutics Corp. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-484 |
| Food & Drug Administration, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor Liquidia Technologies, Inc.

Date: 03/04/2024

/s/ David Salmons
*Attorney's signature*

David Salmons (No. 476299)
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Address*

david.salmons@morganlewis.com
*E-mail address*

(202) 373-6283
*Telephone number*

(202) 739-3001
*FAX number*