IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br>  *Plaintiff*,<br><br> v.<br><br>FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>  *Defendants*. | Civil Action No. 24-cv-484 |

# PUTATIVE INTERVENOR LIQUIDIA TECHNOLOGIES, INC.'S MOTION TO INTERVENE

Liquidia Technologies, Inc. ("Liquidia") respectfully moves to intervene as a defendant in this action as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, permissively under Federal Rule of Civil Procedure 24(b)(1)(B). As required by Federal Rule of Civil Procedure 24(c), Liquidia submits herewith the accompanying Memorandum of Points and Authorities in Support of this Motion, which states the grounds for intervention, and a copy of the pleading that sets out the claim for which intervention is sought.

Pursuant to Local Civil Rule 7(m), Liquidia has contacted counsel for United Therapeutics Corporation ("UTC") and the Commissioner of the U.S. Food and Drug Administration and the Secretary of Health and Human Services, in their official

capacities, regarding this motion. The federal defendants state that they take no position on Liquidia's motion, and UTC does not oppose the motion.

Dated: March 4, 2024                              Respectfully submitted,

/s/ Bryan Killian
Bryan Killian (DC Bar No. 989803)
David B. Salmons (DC Bar No. 476299)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6191
F: (202) 739-3001
bryan.killian@morganlewis.com
david.salmons@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I caused a true and correct copy of the foregoing to be served by CM/ECF on all counsel of record.

/s/ Bryan Killian
Bryan Killian