IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>　　*Plaintiff*,<br><br>　v.<br><br>FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>　　*Defendants*. | Civil Action No. 24-cv-484 |

# [PROPOSED] ORDER

UPON CONSIDERATION of Putative Intervenor Liquidia Technologies, Inc.'s Motion to Intervene, the Motion is **GRANTED**.

It is hereby **ORDERED** that Liquidia Technologies, Inc. is permitted to intervene as a defendant in this action.

SIGNED this ____ day of _____, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES

## **LOCAL CIVIL RULE 7(k) — PERSONS TO BE SERVED**

William C. Jackson (D.C. Bar No. 475200)
William M. Jay (D.C. Bar No. 480185)
Brian T. Burgess (D.C. Bar No. 1020915)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4000
wjackson@goodwinlaw.com
wjay@goodwinlaw.com
bburgess@goodwinlaw.com

Shaun R. Snader (D.C. Bar. No. 492231)
UNITED THERAPEUTICS
CORPORATION
1735 Connecticut Ave. NW, 2nd Floor
Washington, DC 20009
(202) 304-1701

Douglas Carsten
Art Dykhuis
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 851-0633

Adam W. Burrowbridge
Paul Hughes
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8797

Gerard J. Cedrone
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

David B. Salmons
Bryan M. Killian
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6283
F: (202) 739-3001
david.salmons@morganlewis.com
bryan.killian@morganlewis.com