CO-386
10/2018

# United States District Court
# For the District of Columbia

United Therapeutics Corp. )
)
)
)
            Plaintiff )
  vs )  Civil Action No. __24-484_____
Food & Drug Administration, et al. )
)
)
)
          Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Intervenor Liquidia Technologies, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Intervenor Liquidia Technologies, Inc.__ which have any outstanding securities in the hands of the public:

Liquidia Technologies, Inc. is a wholly owned subsidiary of Liquidia Corporation, which is a publicly-held corporation. Caligan Partners LP owns more than 10% of the stock of Liquidia Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s Bryan Killian*
Signature

989803
BAR IDENTIFICATION NO.

Bryan Killian
Print Name

1111 Pennsylvania Ave NW
Address

Washington, DC 20004
City    State    Zip Code

202-373-6191
Phone Number