IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED THERAPEUTICS
CORPORATION,

        *Plaintiff*,

v.         No. 24-cv-484-JDB

FOOD AND DRUG
ADMINISTRATION, *et al.*,

        *Defendants*.

**DECLARATION OF BRIAN T. BURGESS IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELMINARY INJUNCTION**

I, Brian T. Burgess, declare as follows:

1. I am an attorney at Goodwin Procter LLP in Washington, D.C., and counsel for Plaintiff United Therapeutics Corporation in connection with the above action. I am a member in good standing of the bars of the District of Columbia and New York.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 20-cv-00755 (D. Del. Nov. 15, 2023), D.I. 458-5 (E-mail from Brian Cooney, Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA, to Jennifer Weidman, Liquidia Techs., Inc. (Sept. 14, 2023)) ("Cooney Email") |
| 2 | Email from Noah Katzen, DOJ, to Brian Burgess, et al., Counsel for United Therapeutics Corp. (Mar. 1, 2024) ("Katzen Email") |
| 3 | FDA, *Interim Guidance: Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees Under the Prescription Drug User Fee Act of 1992* (July 12, 1993) ("1993 Bundling Rule") |
| 4 | FDA, *Guidance for Industry: Submitting Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees* (Dec. 2004) ("2004 Bundling Rule") |

| | |
|---|---|
| **5** | Final Transcript, Liquidia Corporation 42nd Annual J.P. Morgan Healthcare Conference (Jan. 10, 2024) ("JPM Tr.") |
| **6** | Letter from United Therapeutics Corp. to Kim Dettelbach, Assistant Deputy Chief Counsel, FDA and Brian Cooney, Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA (Dec. 29, 2023) ("UTC Letter") (exhibit omitted) **[Filed under seal pending Court Order]** |
| **7** | Letter from Liquidia Techs. Inc. to Kim Dettelbach, Assistant Deputy Chief Counsel, FDA and Brian Cooney, Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA (Feb. 2, 2024) ("Liquidia Letter") (exhibits omitted) **[Filed under seal pending Court Order]** |
| **8** | Letter from United Therapeutics Corp. to Kim Dettelbach, Assistant Deputy Chief Counsel, FDA and Brian Cooney, Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA (Feb. 12, 2024) ("UTC Reply Letter") **[Filed under seal pending Court Order]** |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 4th day of March, 2024 in Washington, D.C.

/s/ *Brian T. Burgess*
Brian T. Burgess (D.C. Bar No. 1020915)