# EXHIBIT 1
# Civil Action No. 1:24-cv-484-JDB

| | |
|---|---|
| **From:** | Cooney, Brian <Brian.Cooney@fda.hhs.gov> |
| **Sent:** | Thursday, September 14, 2023 4:41 PM |
| **To:** | Jennifer Weidman |
| **Cc:** | Russell Schundler |
| **Subject:** | NDA 213005 - FDA Response to July 24, 2023 submission - response due COB September 21, 2023 |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**EXTERNAL MESSAGE**

Dear Jennifer,

We refer to your pending 505(b)(2) application (NDA 213005) for YUTREPIA (treprostinil) inhalation powder, originally submitted January 20, 2020, and resubmitted May 7, 2021, which identifies Tyvaso (treprostinil) inhalation solution, NDA 022387, as the listed drug relied upon for approval. We also refer to your July 24, 2023, amendment to your pending NDA.

1) Your July 24, 2023, amendment includes a paragraph IV re-certification pursuant to 21 CFR 314.60(f)(1) with respect to US Patent Nos. 9339507 ('507 patent), 9358240 ('240 patent), 9593066 ('066 patent), 9604901 ('901 patent), 10376525 ('525 patent), and 10716793 ('793 patent) listed in the Orange Book under Tyvaso. We remind you that you must comply with the requirements under 314.52(a) with respect to providing a notice to each owner of the patent or their representatives and to the holder of the approved application for the drug product which is claimed by the patent or a use of which is claimed by the patent and with the requirements under 21 C.F.R. §314.52(c) with respect to the content of the notice. In addition, you must amend your application to provide proof of notification as required by 21 C.F.R. §314.52(e). We note that the 45-day period provided for in section 505(c)(3)(C) of the FD&C Act <u>does</u> apply with respect to the paragraph IV certification for the '507, '240, '066, and '901 patents.

2) After you submitted your 505(b)(2) application, the NDA holder for Tyvaso timely filed information on US Patent No. 11723887 ('887 patent) for listing in the Orange Book. In accordance with section 505(b)(2) of the FDCA and 21 CFR 314.50(i), you must submit an appropriate patent certification or statement with respect to the '887 patent.

Please note that with respect to the '887 patent, if you elect to provide a paragraph IV certification (21 C.F.R. §314.50(i)(1)(i) (A)(4)), the certification is to be accompanied by a statement that you will comply with the requirements under 314.52(a) with respect to providing a notice to each owner of the patent or their representatives and to the holder of the approved application for the drug product which is claimed by the patent or a use of which is claimed by the patent and with the requirements under 21 C.F.R. §314.52(c) with respect to the content of the notice. In addition, you must amend your application to provide proof of notification as required by 21 C.F.R. §314.52(e). We note that the 45-day period provided for in section 505(c)(3)(C) of the FD&C Act does not apply with respect to a paragraph IV certification for the '887 patent.

Please respond this email as a formal submission to NDA 213005 no later than **COB Thursday September 21, 2023**. If you have any questions or concerns regarding this request, please contact me.

Kind regards,

Brian

**Brian Cooney, MS, PSM**
*Regulatory Health Project Manager*

**Cardiology and Nephrology**
**Division of Regulatory Operations for Cardiology, Hematology, Endocrinology, & Nephrology**
**Office of Regulatory Operations**
**Center for Drug Evaluation and Research**
**U.S. Food and Drug Administration**
brian.cooney@fda.hhs.gov
(T): (301) 796-0886
Fax: (301) 796-9841

