# EXHIBIT 2
# Civil Action No. 1:24-cv-484-JDB

| | |
|---|---|
| **From:** | Katzen, Noah T. |
| **To:** | Burgess, Brian; Kurt R. Karst; Song, Danli (FDA/OGC) |
| **Cc:** | Michael D. Shumsky; Ballingrud, Samuel B.; Cohen, Leslie (FDA/OGC); Sara W. Koblitz; Shaun Snader; aburrowbridge@mwe.com; Jay, William M |
| **Subject:** | RE: UTC v. FDA, Case 1:24-cv-00484 (DDC) |
| **Date:** | Friday, March 1, 2024 4:38:58 PM |
| **Attachments:** | image001.png |

***EXTERNAL***

All,

Thank you for the call earlier today. To circle back: FDA cannot make representations about the timing of any approval, although the agency will of course respect the Delaware district court order currently in effect. We consent to the motion to seal and propose that our opposition to your motion for a preliminary injunction be due 3/18, your reply be due 3/22, and oral argument be held on 3/27 or later. Should Liquidia intervene, we propose that their deadlines be the same as the government's. Please let us know if you agree to that schedule.

Noah

**From:** Burgess, Brian <BBurgess@goodwinlaw.com>
**Sent:** Wednesday, February 28, 2024 3:19 PM
**To:** Kurt R. Karst <KKarst@hpm.com>; Song, Danli (FDA/OGC) <Danli.Song@fda.hhs.gov>
**Cc:** Michael D. Shumsky <MShumsky@hpm.com>; Katzen, Noah T. <Noah.T.Katzen@usdoj.gov>; Ballingrud, Samuel B. <Samuel.B.Ballingrud@usdoj.gov>; Cohen, Leslie (FDA/OGC) <Leslie.Cohen@fda.hhs.gov>; Sara W. Koblitz <SKoblitz@hpm.com>; Shaun Snader <ssnader@unither.com>; aburrowbridge@mwe.com; Jay, William M <WJay@goodwinlaw.com>
**Subject:** [EXTERNAL] RE: UTC v. FDA, Case 1:24-cv-00484 (DDC)


Please also include Willy Jay, whom I've added to this email chain.

**From:** Kurt R. Karst <KKarst@hpm.com>
**Sent:** Wednesday, February 28, 2024 3:17 PM
**To:** Song, Danli (FDA/OGC) <Danli.Song@fda.hhs.gov>
**Cc:** Michael D. Shumsky <MShumsky@hpm.com>; Katzen, Noah T. <Noah.T.Katzen@usdoj.gov>; Ballingrud, Samuel B. <Samuel.B.Ballingrud@usdoj.gov>; Cohen, Leslie (FDA/OGC) <Leslie.Cohen@fda.hhs.gov>; Burgess, Brian <BBurgess@goodwinlaw.com>; Sara W. Koblitz <SKoblitz@hpm.com>; Shaun Snader <ssnader@unither.com>; aburrowbridge@mwe.com
**Subject:** RE: UTC v. FDA, Case 1:24-cv-00484 (DDC)

***EXTERNAL***
Thanks Danli!  Nice to meet you.  We're available on Friday at 10 AM.  I've copied folks from HPM, MWE, Goodwin, and UTC who would like to participate.  If you could send around a Teams invite, that would be much appreciated.  Kurt

Kurt R. Karst
Hyman, Phelps & McNamara, P.C.
www.hpm.com
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
(T) 202.737.7544
(F) 202.737.9329
kkarst@hpm.com
Visit the HPM FDA Law Blog: www.fdalawblog.net



**From:** Song, Danli (FDA/OGC) <Danli.Song@fda.hhs.gov>
**Sent:** Wednesday, February 28, 2024 2:30 PM
**To:** Kurt R. Karst <KKarst@hpm.com>
**Cc:** Michael D. Shumsky <MShumsky@hpm.com>; Katzen, Noah T. <Noah.T.Katzen@usdoj.gov>; Ballingrud, Samuel B. <Samuel.B.Ballingrud@usdoj.gov>; Cohen, Leslie (FDA/OGC) <Leslie.Cohen@fda.hhs.gov>
**Subject:** [EXTERNAL] UTC v. FDA, Case 1:24-cv-00484 (DDC)

**CAUTION:**

Hi Kurt,

Wendy Vicente let us know that you had reached out for a short meet-and-confer call on the above-referenced litigation. I wanted to introduce myself, DOJ counsel for this case (Noah Katzen and Sam Ballingrud) as well as my OCC colleague, Leslie Cohen. We're available to meet any time tomorrow or Friday (except 2-2:30 pm on Friday). I'm also happy to set up a Teams call if helpful.

Thanks!

Danli
**Danli Song**
Associate Chief Counsel, Litigation

Food & Drug Division, OGC
FDA Office of the Chief Counsel
Tel: 301-273-4477

danli.song@fda.hhs.gov

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more, visit our site.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*