# EXHIBIT 8
# Civil Action No. 1:24-cv-484-JDB

# FILED UNDER SEAL