**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED THERAPEUTICS
CORPORATION,

*Plaintiff*,

v.                                                    No. 24-cv-484-JDB

FOOD AND DRUG ADMINISTRATION,
*et al.*,

*Defendants*.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff United Therapeutics Corporation's Motion for a Preliminary Injunction, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

Defendants Food and Drug Administration, Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, U.S. Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services, are hereby **ENJOINED** from approving the amended section 505(b)(2) New Drug Application No. 213005 of Liquidia Technologies, Inc. for treprostinil inhalation powder with respect to the indication to treat pulmonary hypertension associated with interstitial lung disease, pending further proceedings in this Court.

Dated: _____          _____
                                          U.S. District Judge John D. Bates

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER:**

U.S. FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES:

> **Noah T. Katzen**
> U.S. DEPARTMENT OF JUSTICE
> 450 5th St., N.W.
> Washington, DC 20530
> (202) 305-2428
> Email: noah.t.katzen@usdoj.gov

LIQUIDIA TECHNOLOGIES, INC.

> **Bryan M. Killian**
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004-2541
> 202-739-3000
> Fax: 202-739-3001
> Email: bryan.killian@morganlewis.com

> **David B. Salmons**
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> 202-739-3000
> Fax: 202-739-3001
> Email: david.salmons@morganlewis.com