IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*. | No. 24-cv-484-JDB |

## JOINT MOTION FOR SCHEDULING ORDER

Pursuant to LCvR 7 and LCvR 65.1, Plaintiff United Therapeutics Corporation ("UTC") and defendants Food & Drug Administration, Robert Califf, in his official capacity as Commissioner of Food and Drugs, United States Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services (collectively, "the Federal Defendants") respectfully move for a scheduling order to govern UTC's motion for a preliminary injunction in this matter. The parties jointly propose the following schedule:

- Federal Defendants' Opposition to UTC's motion for a preliminary injunction will be due March 18, 2024;
- UTC's Reply in Support of UTC's motion for a preliminary injunction will be due March 22, 2024.

The parties further propose that Putative Intervenor Liquidia Technologies, Inc. should file its Opposition to the Motion for preliminary injunction on the same day as the Federal Defendants. Counsel for Liquidia have represented that they agree to the proposed schedule.

Pursuant to LCvR 65.1(d), the parties respectfully request that the Court schedule a hearing on UTC's motion for preliminary injunction expeditiously. UTC requests that the Court schedule

1

oral argument on the week of March 25, 2024, providing sufficient time for the Court to issue an order on or before March 31, 2024.  The Federal Defendants respectfully request that oral argument be held on March 27, 2024 or later.

WHEREFORE, the parties respectfully request that the Court enter a scheduling order stating that the parties should be bound by the above-given schedule for briefing regarding UTC's motion for a preliminary injunction.

March 4, 2024                                                           Respectfully submitted,


/s/ Noah T. Katzen (by permission)                 /s/ Brian T. Burgess
Noah T. Katzen (D.C. Bar No. 1006053)              William C. Jackson (D.C. Bar. No. 475200)
Trial Attorney                                     William M. Jay (D.C. Bar No. 480185)
Consumer Protection Branch                         Brian T. Burgess (D.C. Bar No. 1020915)
Civil Division                                     GOODWIN PROCTER LLP
U.S. Department of Justice                         1900 N Street, NW
P.O. Box 386                                       Washington, DC 20036
Washington, DC 20044-0386                          (202) 346-4000
(202) 305-2428
(202) 514-8742 (fax)                               Shaun R. Snader (D.C. Bar No. 492231)
noah.t.katzen@usdoj.gov                            UNITED THERAPEUTICS CORPORATION
                                                   1735 Connecticut Ave. NW, 2nd Floor
*Counsel for Federal Defendants*                   Washington, DC 20009
                                                   (202) 304-1701

                                                   Douglas Carsten (*pro hac vice* forthcoming)
                                                   Art Dykhuis (*pro hac vice* forthcoming)
                                                   MCDERMOTT WILL & EMERY LLP
                                                   18565 Jamboree Road, Suite 250
                                                   Irvine, CA 92615
                                                   (949) 851-0633

                                                   Adam W. Burrowbridge (D.C. Bar No.
                                                       1001783: admission application pending)
                                                   Paul Hughes (D.C. Bar No. 997235)
                                                   MCDERMOTT WILL & EMERY LLP
                                                   500 North Capitol Street, NW
                                                   Washington, DC 20001
                                                   (202) 756-8797

                                                   Gerard J. Cedrone (D.D.C. Bar No. MA0019)
                                                   GOODWIN PROCTER LLP
                                                   100 Northern Avenue
                                                   Boston, MA  02210
                                                   (617) 570-1000

                                                   *Counsel for United Therapeutics Corporation*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 4, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                /s/ Brian T. Burgess

                Brian T. Burgess (D.C. Bar No. 1020915)