**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | |
| *Plaintiff*, | |
| v. | No. 24-cv-484-JDB |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion for Scheduling Order, it is hereby

**ORDERED** that the motion is **GRANTED** and:

- The Defendants' opposition (inclusive of defendant-intervenors) to UTC's motion for a preliminary injunction will be due March 18, 2024;
- Plaintiff's Reply in Support of the motion for a preliminary injunction will be due March 22, 2024;
- Oral argument regarding UTC's motion for preliminary injunction will be held on [DATE] at [TIME]; and

Dated: _____                    _____
                                                    U.S. District Judge John D. Bates

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER:**

U.S. FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES:

> **Noah T. Katzen**
> U.S. DEPARTMENT OF JUSTICE
> 450 5th St., N.W.
> Washington, DC 20530
> (202) 305-2428
> Email: noah.t.katzen@usdoj.gov

LIQUIDIA TECHNOLOGIES, INC.

> **Bryan M. Killian**
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004-2541
> 202-739-3000
> Fax: 202-739-3001
> Email: bryan.killian@morganlewis.com

> **David B. Salmons**
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> 202-739-3000
> Fax: 202-739-3001
> Email: david.salmons@morganlewis.com