UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>FOOD AND DRUG ADMINISTRATION et al.,<br><br>    Defendants. | Civil Action No. 24-484 (JDB) |

### SCHEDULING ORDER

Upon consideration of [16] the parties' joint motion for a scheduling order, defendant-intervenor Liquidia Technologies, Inc.'s ("Liquidia") consent to the schedule proposed therein, the scheduling conference held on this date, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the following schedule shall govern further proceedings on plaintiff's motion for a preliminary injunction:

1. Defendants and defendant-intervenor shall file their oppositions to plaintiff's motion by not later than March 18, 2024.

2. Plaintiff shall file its reply, if any, by not later than March 22, 2024.

3. A hearing on plaintiff's motion is set for March 29, 2024 at 11:00 a.m. in Courtroom 30; and it is further

**ORDERED** that defendant Food and Drug Administration shall provide the Court and the parties with at least three business days' advance notice prior to the issuance of any decision on Liquidia's amended 505(b)(2) application (but such notice need convey only the timing of the decision, not its content). Such notice shall be provided under seal.

2

**SO ORDERED**.

                                                                       /s/
                                                  JOHN D. BATES
                                      United States District Judge

Dated: March 7, 2024