IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civ. No. 24-cv-484-JDB |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule LCvR 83.2(e), plaintiff United Therapeutics Corporation ("UTC"), through the undersigned counsel, respectfully moves the Court to admit Douglas H. Carsten, counsel for plaintiff, *pro hac vice* in the above-captioned matter. This Motion is sponsored by Paul W. Hughes, a member in good standing of the bar of this Court, whose contact information appears below. The Declaration of Douglas H. Carsten attesting to the facts required to be set forth by LCvR 83.2(e), together with a certificate stating that he is a member in good standing of the bar of the state in which he regularly practices, and a proposed order, are attached hereto.

Dated: March 12, 2024

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Paul W. Hughes*
　　　　　　　　　　　　　　　　　　　　　Paul W. Hughes (D.C. Bar No. 997235)
　　　　　　　　　　　　　　　　　　　　　MCDERMOTT WILL & EMERY LLP
　　　　　　　　　　　　　　　　　　　　　500 North Capitol Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 756-8981
　　　　　　　　　　　　　　　　　　　　　phughes@mwe.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## PROOF OF SERVICE

I hereby certify that on March 12, 2024, the foregoing motion was served on all parties or their counsel of record through the CM/ECF system.

Dated: March 12, 2024                               Respectfully submitted,

/s/ *Paul W. Hughes*
Paul W. Hughes (D.C. Bar No. 997235)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | Civ. No. 24-cv-484-JDB |

## DECLARATION OF DOUGLAS H. CARSTEN

I, Douglas H. Carsten, hereby declare as follows:

1. I am an attorney at McDermott Will & Emery LLP, counsel for plaintiff United Therapeutics Corporation in the above-captioned matter. I submit this declaration in support of the Motion for Admission *Pro Hac Vice*.

2. My office address is 18565 Jamboree Road, Suite 250, Irvine, CA 92615.

3. My office phone number is (949) 620-6111.

4. My state bar membership number is as follows: California (No. 198467).

5. I am a member in good standing of the State Bar of California, Supreme Court of the United States, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, and U.S. District Court for the Southern District of California.

6. I have not been disciplined by any court, bar, bar association, grievance committee, or administrative body, and I am not currently the subject of any pending disciplinary matters.

7. In the past two years, I have been admitted to practice in this court *pro hac vice* zero times.

8. I am not currently a member of the D.C. Bar, nor do I have an application for membership pending.

9. I am not currently admitted to the bar of the U.S. District Court for the District of Columbia, nor do I have an application for membership pending.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: March 11, 2024

_____
Douglas H. Carsten
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 620-6111
dcarsten@mwe.com

*Counsel for Plaintiff*

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

March 1, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DOUGLAS H. CARSTEN, #198467 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1998 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br>*et al.*,<br><br>　　　　　　　　　Defendants. | Civ. No. 24-cv-484-JDB |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the motion to admit Douglas H. Carsten *pro hac vice* in connection with the above-captioned matter, the supporting Declaration of Douglas H. Carsten, and in compliance with Local Rule LCvR 83.2(e), the Motion is hereby GRANTED.

Dated: _____, 2024　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　HON. JOHN D. BATES