# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-484-JDB |
| FOOD AND DRUG ADMINISTRATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation.

Date:  03/15/2024

/s/ Douglas H. Carsten
*Attorney's signature*

Douglas H. Carsten (pro hac vice)
*Printed name and bar number*
McDermott Will & Emery LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615

*Address*

dcarsten@mwe.com
*E-mail address*

(949) 620-6111
*Telephone number*

(949) 666-9834
*FAX number*