AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-484-JDB |
| FOOD AND DRUG ADMINISTRATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation.

Date: 03/15/2024

/s/ Arthur P. Dykhuis
*Attorney's signature*

Arthur P. Dykhuis (pro hac vice)
*Printed name and bar number*
McDermott Will & Emery LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615

*Address*

adykhuis@mwe.com
*E-mail address*

(949) 989-8292
*Telephone number*

(949) 534-9905
*FAX number*