## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*, <br> and <br><br> LIQUIDIA TECHNOLOGIES, INC., <br><br> *Defendant-Intervenor*. | No. 24-cv-484-JDB |

### JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties to this case—Plaintiff United Therapeutics Corporation ("UTC"); Defendants Food and Drug Administration, Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services (together, "Federal Defendants"); and Defendant-Intervenor Liquidia Technologies, Inc. ("Liquidia")—jointly move for a protective order governing the treatment of confidential information in the certified Administrative Record and other documents used in motion practice in this case. In support of this motion, the parties state as follows:

Federal Rule of Civil Procedure 26(c) provides that a court may "for good cause, issue an order to protect a party or person" by "requiring that a trade secret or other confidential, research development, or commercial information not be revealed or be revealed only in a specified way."

1

The declaration of Frederic Selck in Support of Plaintiff's Motion for Preliminary Injunction and the exhibits thereto (filed with the Court under seal as Exhibit 1 to UTC's Sealed Motion for Leave to File Under Seal, ECF 15-2) contain trade secret and sensitive confidential commercial information that qualifies as Highly Confidential Information under the proposed protective order.  The proposed protective order is necessary to allow the parties' outside counsel to access this material while protecting UTC from the harm it would be dealt if these documents were to become public or accessible by current or potential competitors.  Furthermore, UTC and Liquidia anticipate needing to exchange further highly confidential research, development, or commercial information in connection with the pending motion for preliminary injunction and other motion practice.  Entry of the proposed protective order is necessary to protect these materials while providing the parties' outside counsel with prompt access to such material.

Furthermore, the certified Administrative Record will include confidential information regarding Liquidia's products, including trade secret and other confidential research, development, or commercial information submitted to FDA in connection with Liquidia's New Drug Application.  The proposed protective order is necessary to protect Liquidia's confidential information while still providing the parties' outside counsel with prompt access to the certified Administrative Record.

The parties have conferred to maximize public access to the judicial record in this action, including by providing (in paragraph 3 of the proposed protective order) for the prompt filing of redacted versions of any documents filed under seal.  By agreement of the parties, three documents previously filed with the Court under seal out of an abundance of caution can now be made public in their entirety.  These documents are:  (1) Letter from United Therapeutics Corporation to Kim Dettelbach, Assistant Deputy Chief Counsel, FDA, and Brian Cooney,

Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA, (2) Letter from Liquidia Technologies, Inc. to Kim Dettelbach, Assistant Deputy Chief Counsel, FDA and Brian Cooney, Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA, and (3) Response Letter from United Therapeutics Corporation to Kim Dettelbach, Assistant Deputy Chief Counsel, FDA, and Brian Cooney, Regulatory Health Project Manager, Center for Drug Evaluation & Research, FDA.  These documents are attached as Exhibits 2–4 to this Motion; these documents were previously designated Exhibits 6–8 to the Declaration of Brian Burgess in Support of Plaintiff's Motion for Preliminary Injunction (ECF 14-8, 14-9, and 14-10) and filed with the Court under seal as Exhibits 2–4 to UTC's Sealed Motion for Leave to File Under Seal (ECF 15-3, 15-4, and 15-5).

For the foregoing reasons, the parties jointly request that this Court enter the attached proposed protective order.

March 18, 2024                                       Respectfully submitted,


/s/ Noah T. Katzen (by permission)          /s/ William M. Jay
Noah T. Katzen (D.C. Bar No. 1006053)        William C. Jackson (D.C. Bar. No. 475200)
Samuel Ballingrud                            William M. Jay (D.C. Bar No. 480185)
(D.D.C. Bar ID: CO00116)                     Brian T. Burgess (D.C. Bar No. 1020915)
(CO Bar No. 52077)                           Goodwin Procter LLP
Trial Attorney                               1900 N Street, NW
Consumer Protection Branch                   Washington, DC 20036
Civil Division                               (202) 346-4000
U.S. Department of Justice
P.O. Box 386                                 Shaun R. Snader (D.C. Bar No. 492231)
Washington, DC 20044-0386                    United Therapeutics Corporation
(202) 305-2428                               1735 Connecticut Ave. NW, 2nd Floor
(202) 514-8742 (fax)                         Washington, DC 20009
                                             (202) 304-1701
*Counsel for Federal Defendants*
                                             Douglas Carsten (*pro hac vice*)
                                             Art Dykhuis (*pro hac vice*)
/s/Bryan Killian (by permission)             McDermott Will & Emery LLP
Bryan Killian (D.C. Bar No. 989803)          18565 Jamboree Road, Suite 250
David B. Salmons (D.C. Bar No. 476299)       Irvine, CA 92615
Morgan, Lewis, & Bockius LLP                 (949) 851-0633
1111 Pennsylvania Avenue, NW
Washington, DC 20004                         Adam W. Burrowbridge (D.C. Bar No.
(202) 373-6191                               1001783; admission application pending)
(202) 739-3001                               Paul Hughes (D.C. Bar No. 997235)
                                             McDermott Will & Emery LLP
*Counsel for Liquidia Technologies, Inc.*    500 North Capitol Street, NW
                                             Washington, DC 20001
                                             (202) 756-8797

                                             Gerard J. Cedrone (D.D.C. Bar No. MA0019)
                                             Goodwin Procter LLP
                                             100 Northern Avenue
                                             Boston, MA  02210
                                             (617) 570-1000'

                                             *Counsel for United Therapeutics Corporation*