# <u>Exhibit 1</u>
## Civil Action No. 1:24-cv-484-JDB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED THERAPEUTICS
CORPORATION,

*Plaintiff*,

v.

FOOD AND DRUG ADMINISTRATION,
*et al.*,                                          No. 24-cv-484-JDB

*Defendants*,
and

LIQUIDIA TECHNOLOGIES, INC.,

*Defendant-*
*Intervenor.*

## <u>CONFIDENTIALITY AGREEMENT</u>

I, _____ being duly sworn, state that:

1.   My address is _____.

2.   My present employer is _____ and the address of my present

     employment is _____.

3.   My present occupation or job description is _____

     _____.

4.   I have carefully read and understood the provisions of the Protective Order in this case

     entered by the Court, and I will comply with all provisions of the Protective Order,

     including ¶ 7 thereof.

5.   I will hold in confidence and not disclose to anyone not qualified under the Protective

     Order any Highly Confidential Information or any words, summaries, abstracts, or

1

indices of Highly Confidential Information disclosed to me.

6.      I will use Highly Confidential Information disclosed to me solely for purpose of this

        action.

7.      No later than the final conclusion of the case, I will return all Highly Confidential

        Information and summaries, abstracts, and indices thereof which come into my

        possession, and documents or things which I have prepared relating thereto, to counsel

        for the party for whom I was employed or retained.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____day of _____, 20___.


_____