IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. <br><br> and <br><br> LIQUIDIA TECHNOLOGIES, INC., <br><br> *Defendant-Intervenor*. | No. 24-cv-484-JDB |

DECLARATION OF BRYAN KILLIAN IN OPPOSITION TO UTC'S MOTION FOR INTERIM RELIEF

I, Bryan Killian, hereby declare as follows:

1. I am a partner with Morgan, Lewis & Bockius, LLP. I represent Defendant Liquidia Technologies, Inc. in the above action. I am a member in good standing of the bars of the District of Columbia and the State of Connecticut.

2. I submit this declaration in support of Defendant Liquidia Technologies, Inc.'s Memorandum of Points and Authorities in Opposition to UTC's Motion for Interim Relief.

3. Attached to this declaration are true and correct copies of the following documents:

2

| Exhibit | Description |
|---|---|
| 1 | FDA Manual of Policies and Procedures 6025.4: Good Review Practice: Refuse to File |
| 2 | FDA Manual of Policies and Procedures 6050.1 Rev. 2 (Dec. 3, 2021) |
| 3 | FDA Standard Operating Policy and Procedure (SOPP) 8402: Designation as a Major(2023), downloaded on March 15, 2024 from https://www.fda.gov/media/84431/download |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 18, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:/s/ Bryan Killian
    Bryan M. Killian (DC Bar No. 989803)
    David B. Salmons (DC Bar No. 476299
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:	+1.202.739.3000
Facsimile:	+1.202.739.3001
bryan.killian@morganlewis.com
david.salmons@morganlewis.com