IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORP.,<br>  *Plaintiff*,<br><br> v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br>  *Defendants*,<br><br> and<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br>  *Defendant-Intervenor*. | No. 24-cv-484-JDB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff United Therapeutics Corporation's Motion for a Temporary Restraining Order and/or Preliminary Injunction, ECF No. 14, the Oppositions of Defendants and Defendant-Intervenor, and any Reply thereto, it is hereby ORDERED that the Motion is DENIED.

                     _____
                     Honorable John D. Bates
                     United States District Judge

Dated: _____, 2024

**NAMES AND ADDRESSES OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER:**

*Plaintiff United Therapeutics Corporation*

    William C. Jackson (D.C. Bar. No. 475200)
    William M. Jay (D.C. Bar No. 480185)
    Brian T. Burgess (D.C. Bar No. 1020915)
    Goodwin Procter LLP
    1900 N Street, NW
    Washington, DC 20036
    (202) 346-4000
    wjackson@goodwinlaw.com
    wjay@goodwinlaw.com

    Gerard J. Cedrone (D.D.C. Bar No. MA0019)
    Goodwin Procter LLP
    100 Northern Avenue
    Boston, MA 02210
    (617) 570-1000
    gcedrone@goodwinlaw.com

    Shaun R. Snader (D.C. Bar No. 492231)
    United Therapeutics Corporation
    1735 Connecticut Ave. NW, 2nd Floor
    Washington, DC 20009
    (202) 304-1701
    ssnader@unither.com

    Douglas Carsten (pro hac vice)
    Art Dykhuis (pro hac vice)
    McDermott Will & Emery LLP
    18565 Jamboree Road, Suite 250
    Irvine, CA 92615
    (949) 851-0633
    dcarsten@mwe.com
    adykhuis@mwe.com

    Adam W. Burrowbridge (D.C. Bar No. 1001783)
    Paul Hughes (D.C. Bar No. 997235)
    McDermott Will & Emery LLP
    500 North Capitol Street, NW
    Washington, DC 20001
    (202) 756-8797
    phughes@mwe.com

*Federal Defendants U.S. Food and Drug Administration, Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, U.S. Department of Health and Human Services, Xavier Becerra, in his official capacity as Secretary of Health and Human Services:*

>Noah T. Katzen (D.C. Bar No. 1006053)
>Trial Attorney
>Consumer Protection Branch
>Civil Division
>U.S. Department of Justice
>P.O. Box 386
>Washington, DC 20044-0386
>(202) 305-2428
>(202) 514-8742 (fax)
>noah.t.katzen@usdoj.gov

*Defendant-Intervenor Liquidia Technologies, Inc.*

>Bryan Killian (DC Bar No. 989803)
>David B. Salmons (DC Bar No. 476299)
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC 20004
>T: (202) 373-6191
>F: (202) 739-3001
>bryan.killian@morganlewis.com
>david.salmons@morganlewis.com