UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corp., Plaintiff,<br><br>v.<br><br>Food and Drug Admin., *et al.*, Defendants,<br><br>and<br><br>Liquidia Techs., Inc., Intervenor-Defendant | Case No. 24-cv-484-JDB |

**Declaration of Noah T. Katzen**

Pursuant to 28 U.S.C. § 1746, I, Noah T. Katzen, hereby declare:

1. I am a trial attorney in the U.S. Department of Justice, Civil Division, Consumer Protection Branch. I am assigned to represent Defendants in the above-captioned case. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as Government counsel in this case.

2. I submit this declaration to authenticate the exhibit cited in Federal Defendants' Response in Opposition to Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction.

3. Attached as **Exhibit A** is a true and correct copy of the letter sent by the Food and Drug Administration on September 22, 2023 to Liquidia Technologies, Inc.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2024.

*/s/ Noah T. Katzen*
Noah T. Katzen
