# EXHIBIT A



NDA 213005

**ACKNOWLEDGE –
CLASS 2 RESUBMISSION**

Liquidia Technologies, Inc.
Attention: Jennifer Weidman, PhD, RAC
Vice President, Regulatory Affairs
419 Davis Dr., Suite 100
Morrisville, NC 27560

Dear Dr. Weidman:

We acknowledge receipt your amendment, dated and received on July 24, 2023, containing a resubmission to your new drug application submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act for treprostinil inhalation powder. We also refer to your amendments dated September 21 and 22, 2023.

We consider this a complete, class 2 response to our November 4, 2021, action letter. Therefore, the user fee goal date is January 24, 2024.

If you have any questions, please call Brian Cooney, Regulatory Project Manager, at (301) 796-0886.

                                              Sincerely,

                                              {See appended electronic signature page}

                                              Alexis T. Childers, RAC, CQIA
                                              Chief Project Management Staff (Acting)
                                              Cardiology and Nephrology
                                              Division of Regulatory Operations for Cardiology,
                                              Hematology, Endocrinology, & Nephrology
                                              Office of Regulatory Operations
                                              Center for Drug Evaluation and Research

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------

/s/

------------------------------------------------------------

ALEXIS T CHILDERS
09/22/2023 02:45:46 PM

Reference ID: 5249452