UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corp., Plaintiff,<br><br>v.<br><br>Food and Drug Admin., *et al.*, Defendants,<br><br>and<br><br>Liquidia Techs., Inc., Intervenor-Defendant. | Case No. 24-cv-484-JDB |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction. Having considered the parties' arguments, it is hereby ORDERED that Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction is DENIED.

SO ORDERED.


Dated:_____          _____
                                                                           Hon. John D. Bates
                                                                           United States District Court Judge