# Exhibit 1
## Civil Action No. 1:24-cv-484-JDB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED THERAPEUTICS
CORPORATION,

*Plaintiff*,

v.

FOOD AND DRUG ADMINISTRATION,
*et al.*,                                                    No. 24-cv-484-JDB

*Defendants*,
and

LIQUIDIA TECHNOLOGIES, INC.,

*Defendant-*
*Intervenor.*

## CONFIDENTIALITY AGREEMENT

I, _____being duly sworn, state that:

1.    My address is _____.

2.    My present employer is _____and the address of my present

      employment is _____.

3.    My present occupation or job description is _____

      _____.

4.    I have carefully read and understood the provisions of the Protective Order in this case

      entered by the Court, and I will comply with all provisions of the Protective Order,

      including ¶ 7 thereof.

5.    I will hold in confidence and not disclose to anyone not qualified under the Protective

      Order any Highly Confidential Information or any words, summaries, abstracts, or

indices of Highly Confidential Information disclosed to me.

6.      I will use Highly Confidential Information disclosed to me solely for purpose of this

action.

7.      No later than the final conclusion of the case, I will return all Highly Confidential

Information and summaries, abstracts, and indices thereof which come into my

possession, and documents or things which I have prepared relating thereto, to counsel

for the party for whom I was employed or retained.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____day of _____, 20____.


_____