IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Defendant-Intervenor.* | No. 24-cv-00484-JDB |

**<u>NOTICE OF FILING OF PROOF OF SERVICE</u>**

Plaintiff United Therapeutics Corporation through their undersigned counsel respectfully submit the attached Declaration of Service as proof that service of process has been effected on the following Defendants: Food and Drug Administration, Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services in the above-captioned matter.

1

March 20, 2024                                               Respectfully submitted,


  /s/Brian T. Burgess
William C. Jackson (D.C. Bar. No. 475200)
William M. Jay (D.C. Bar No. 480185)
Brian T. Burgess (D.C. Bar No. 1020915)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000

Shaun R. Snader (D.C. Bar No. 492231)
United Therapeutics Corporation
1735 Connecticut Ave. NW, 2nd Floor
Washington, DC 20009
(202) 304-1701

Douglas Carsten (*pro hac vice*)
Art Dykhuis (*pro hac vice*)
McDermott Will & Emery LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 851-0633

Adam W. Burrowbridge (D.C. Bar No. 1001783; admission application pending)
Paul Hughes (D.C. Bar No. 997235)
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8797

Gerard J. Cedrone (D.D.C. Bar No. MA0019)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA  02210
(617) 570-1000'

*Counsel for United Therapeutics Corporation*