IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, ET AL.,<br><br>*Defendants.*<br>and<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Defendant-Intervenor.* | Case No. 24-cv-00484-JDB |

**DECLARATION OF SERVICE**

I, Alexis D. Fernandez, hereby affirm that I am not a party to this action, am over 18 years of age and reside in Bronx, New York. I am employed as a Court Procedures Senior Manager at Goodwin Procter LLP, counsel for United Therapeutics Corporation ("Plaintiff").

1. On February 20, 2024, Plaintiff initiated the above-captioned case in the United States District Court for the District of Columbia. DI 1. On February 26, 2024, the court issued summonses for service. DI 8.

2. Pursuant to Federal Rule of Civil Procedure 4(i), on February 26, 2024, I caused true and correct copies of the Summons; Complaint; Civil Cover Sheet; Rule 26.1 Corporate Disclosure Statement; Notices of Appearance of William M. Jay, Brian T. Burgess, Gerard J. Cedrone, Shaun R. Snader and Paul Hughes; Notice of Right to Consent to Trial Before a United States Magistrate

1

Judge; and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge to be served via First-Class Certified Mail with return receipt requested, upon the following recipients:

| | |
|---|---|
| Attorney General of the United States<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br>Certification No. 9589071052701557014400 | ATTN: CIVIL PROCESS CLERK<br>United States Attorney's Office<br>501 3rd Street, NW, 4th floor, Civil Division<br>Washington, D.C. 20530<br>Certification No. 9589071052701557014417 |
| FOOD AND DRUG ADMINISTRATION<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993<br>Certification No. 9589071052701557014394 | UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>200 Independence Avenue SW<br>Washington, DC 20201<br>Certification No. 9589071052701557014370 |
| ROBERT M. CALIFF, M.D.<br>Commissioner, United States Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993<br>Certification No. 9589071052701557014363 | XAVIER BECERRA<br>Secretary, Health and Human Services<br>200 Independence Avenue SW<br>Washington, DC 20201<br>Certification No. 9589071052701557014387 |

3. According to USPS tracking, the documents in Paragraph 2 were delivered to the civil process clerk at the United States Attorney's Office for the District of Columbia on March 5, 2024. True and correct copies of the certified mail return receipt and USPS tracking information demonstrating delivery are attached as **Exhibit A**.

4. According to USPS tracking, the documents in Paragraph 2 were delivered to the Attorney General of the United States on March 11, 2024. True and correct copies of the certified mail return receipt and USPS tracking information demonstrating delivery are attached as **Exhibit B**.

7. According to USPS tracking, the documents in Paragraph 2 were delivered to the United States Health and Human Services on March 11, 2024. True and correct copies of the certified mail return receipt and USPS tracking information demonstrating delivery are attached as **Exhibit B**.

8. According to USPS tracking, the documents in Paragraph 2 were delivered to Xavier Becerra, Secretary of the United States Health and Human Services on March 11, 2024. True and correct copies of the certified mail return receipt and USPS tracking information demonstrating delivery are attached as **Exhibit B**.

5. According to USPS tracking, the documents in Paragraph 2 were delivered to the United States Food and Drug Administration on March 5, 2024. True and correct copies of the certified mail return receipt and USPS tracking information demonstrating delivery are attached as **Exhibit C**.

6. According to USPS tracking, the documents in Paragraph 2 were delivered to the Robert M. Califf, M.D., Commissioner of the United States Food and Drug Administration on March 1, 2024. True and correct copies of the certified mail return receipt and USPS tracking information demonstrating delivery are attached as **Exhibit D**.

9. On February 20, 2024, I forwarded to the courier company Capitol Process for hand delivery to the United States Attorney for the District of Columbia the following documents: a summons directed to the United States Attorney for the District of Columbia and a copy of the Complaint; Civil Cover Sheet; Rule 26.1 Corporate Disclosure Statement; Notices of Appearance of William M. Jay, Brian T., Burgess, Gerard J. Cedrone, Shaun R. Snader and Paul Hughes; Notice of Right to Consent to Trial Before a United States Magistrate Judge; and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. Pursuant to Federal Rule

of Civil Procedure 4(i)(1)(A)(i), Capitol Process server Goldman Kinsey hand-delivered the documents to the civil process clerk for the United States Attorney for the District of Columbia at 501 Third Street, NW, Third Floor, Civil Division, Washington, D.C. 20530 on February 20, 2024. True and correct copies of the Proof of Service executed by Goldman Kinsey are attached as **Exhibit E**.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true.

Dated: 3/19/2024

Alexis D. Fernandez