# EXHIBIT B

Civil Action No. 24-cv-00484-JDB

**USPS TRACKING #**

9590 9402 6982 1225 4048 07

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MARTA ADAMU
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**USPS TRACKING #**

9590 9402 6982 1225 4047 91

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MARTA ADAMU
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**USPS TRACKING #**

9590 9402 6982 1225 4047 77

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MARTA ADAMU
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   XAVIER BECERRA
   Secretary, Health and Human Services
   200 Independence Avenue SW
   Washington, DC 20201

   9590 9402 6982 1225 4048 07

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): OSS
C. Date of Delivery: 3/11/24
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. DEPT. OF HEALTH AND HUMAN SERVICES
   200 Independence Avenue SW
   Washington, DC 20201

   9590 9402 6982 1225 4047 91

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): OSS
C. Date of Delivery: 3/11/24
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General - United States
   U.S. DEPARTMENT OF JUSTICE
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530

   9590 9402 6982 1225 4047 77

2. Article Number (Transfer from service label)
   9589 0710 5270 1557 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): MAR 1 1 2024
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt