# EXHIBIT D

Civil Action No. 24-cv-00484-JDB

USPS TRACKING
CAPITAL DISTRICT 208
MAR 2024 4L

9590 9402 8572 3244 3219 20

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

MARIA ADAMU
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT M. CALIFF, M.D.
Commissioner, United States Food
and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

9590 9402 8572 3244 3219 20

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

Program Support Center
MAR 0 1 2024

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt