# EXHIBIT E

Civil Action No. 24-cv-00484-JDB

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United Therapeutics Corporation

                      Plaintiff

Case No.: 1:24-cv-00484-JDB

vs.

Food and Drug Administration, et al.

                      Defendant(s)

## AFFIDAVIT OF SERVICE

I, Goldman Kinsey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Rule LCvR 26.1 Certificate, Appearance of Counsel, and Complaint with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/26/2024 at 1:16 PM, I served United States Attorney's Office c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20004 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Rule LCvR 26.1 Certificate, Appearance of Counsel, and Complaint with Attachments by serving Erin Trotta, Paralegal Specialist, authorized to accept service.

Erin Trotta is described herein as:

Gender: Female   Race/Skin: White   Age: 42   Weight: 152   Height: 5'3"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

2/28/24
Executed On

Goldman Kinsey

Client Ref Number: 147383/402962
Job #: 1632042

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

UNITED THERAPEUTICS CORPORATION

*Plaintiff(s)*

v.

FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, AND XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services

*Defendant(s)*

Civil Action No. 24-cv-484

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES ATTORNEY'S OFFICE
Attn: Civil Process Clerk
501 3rd Street, NW, 4th Floor, Civil Division,
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William C. Jackson
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 02/26/2024

/s/ Charles Briggs

*Signature of Clerk or Deputy Clerk*