IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORP.,<br>    *Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br>    *Defendants*,<br><br>and<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br>    *Defendant-Intervenor.* | No. 24-cv-484-JDB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant-Intervenor Liquidia Technologies, Inc., submits this notice to advise the Court of the following: late in the afternoon today (March 28), Judge Andrews in the District of Delaware granted Liquidia's Rule 60(b) motion and "vacate[d] the portion of the final judgment that blocks the final approval of Liquidia's NDA." Order, *UTC v. Liquidia Techns., Inc.*, Case No. 1:20-cv-755 (D. Del. Mar. 28, 2024). A copy of that order is attached to this notice as Exhibit A.

Dated: March 28, 2024

Respectfully submitted,

/s/ Bryan Killian
Bryan Killian (DC Bar No. 989803)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6191
F: (202) 739-3001
bryan.killian@morganlewis.com

1

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I caused a true and correct copy of the foregoing to be served by CM/ECF on all counsel of record.

                                              /s/ Bryan Killian  
                                              Bryan Killian (DC Bar No. 989803)