UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>         Defendants,<br><br>Liquidia Technologies, Inc.,<br><br>         Intervenor. | Case No. 24-cv-484-JDB |

**Federal Defendants' Unopposed Motion to Enter Briefing Schedule**

Federal Defendants respectfully submit this Unopposed Motion to Enter Briefing Schedule to govern the forthcoming motion to dismiss. Counsel for the Federal Defendants has conferred with counsel for Plaintiff United Therapeutics Corporation ("UTC") and Intervenor Defendant Liquidia Technologies, Inc. ("Liquidia"). All parties agree to this briefing schedule and this motion is unopposed. In support, the Federal Defendants state as follows:

1. Plaintiff United Therapeutics Corporation filed this case against the U.S. Food and Drug Administration ("FDA") on February 20, 2024, alleging that FDA improperly permitted Liquidia to amend its pending new drug application to include a new indication. ECF No. 1.

2. UTC sought a preliminary injunction to prevent FDA from "finally approving the section 505(b)(2) application of [Liquidia] for Treprostinil (NDA No. 213005) to

the extent final approval extends to the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD)." ECF No. 14. The Court denied that motion on the record at a March 29, 2024 hearing.

3. Federal Defendants were served on February 26, 2024, ECF No. 29-6, and their deadline to answer, move, or otherwise plead is currently April 26, 2024. Fed. R. Civ. P. 12(a)(2), (b).

4. Because Federal Defendants and Liquidia have advised Plaintiff that they intend to move to dismiss the Complaint, all parties have agreed to the following briefing schedule:

   a. Motion to Dismiss deadline: May 7, 2024

   b. Opposition deadline: June 4, 2024

   c. Reply deadline: June 25, 2024

5. This briefing schedule will ensure a timely and comprehensive presentation of issues concerning the dismissal of UTC's Complaint and aid in the Court's resolution of UTC's claims.

The Federal Defendants therefore respectfully request that the Court enter the above briefing schedule.

DATED: April 11, 2024                Respectfully submitted,

                                     /s/ Samuel Ballingrud
                                     NOAH KATZEN
                                     SAMUEL BALLINGRUD
                                     Trial Attorneys
                                     Consumer Protection Branch
                                     Civil Division

                                      U.S. Department of Justice  
                                      PO Box 386  
                                      Washington, DC  20044-0386  
                                      (202) 514-6786  
                                      (202) 514-8742 (fax)  
                                      Noah.T.Katzen@usdoj.gov  
                                      Samuel.B.Ballingrud@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

April 11, 2024                                              /s/ Samuel Ballingrud
                                                            SAMUEL BALLINGRUD