UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>        Defendants,<br><br>Liquidia Technologies, Inc.,<br><br>        Intervenor. | Case No. 24-cv-484-JDB |

**[Proposed] Order Granting Federal Defendants' Unopposed Motion to Enter Briefing Schedule**

This matter came before the court on the Federal Defendants' Unopposed Motion to Enter Briefing Schedule. After consideration of the motion, the Court finds good cause for the proposed briefing schedule and enters the following schedule:

1. Motion to Dismiss deadline: May 7, 2024

2. Opposition deadline: June 4, 2024

3. Reply deadline: June 25, 2024

DATED:

                  _____
                  Hon. John D. Bates
                  SENIOR UNITED STATES DISTRICT JUDGE