UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corporation,<br>Plaintiff,<br><br>v.<br><br>U.S. Food & Drug Administration, *et al.*,<br>Defendants,<br><br>&<br><br>Liquidia Technologies, Inc.,<br>Defendant-Intervenor. | Case No. 24-cv-484-JDB |

**Federal Defendants' Motion to Dismiss**

Defendants, United States Food and Drug Administration, United States Department of Health and Human Services, Robert M. Califf in his official capacity as Commissioner of Food and Drugs, and Xavier Becerra in his official capacity as Secretary of Health and Human Services, hereby move this Court under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss this action for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in an accompanying memorandum.

May 7, 2024

OF COUNSEL:

SAMUEL BAGENSTOS
General Counsel
Department of Health and Human
  Services

MARK RAZA

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
  General

ARUN G. RAO
Deputy Assistant Attorney General

Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel for Litigation

DANLI SONG
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Bldg. 32, Room 4397
Silver Spring, MD 20993

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

*/s/Samuel Ballingrud*
SAMUEL BALLINGRUD
NOAH T. KATZEN
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786 (Ballingrud)
(202) 305-2428 (Katzen)
(202) 514-8742 (fax)
Samuel.B.Ballingrud@usdoj.gov
Noah.T.Katzen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

May 7, 2024                                                          /s/ Samuel Ballingrud
                                                                     SAMUEL BALLINGRUD