UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corporation,<br>Plaintiff,<br><br>v.<br><br>U.S. Food & Drug Administration, *et al.*,<br>Defendants,<br><br>&<br><br>Liquidia Technologies, Inc.,<br>Defendant-Intervenor. | Case No. 24-cv-484-JDB |

**Declaration of Samuel Browne Ballingrud**

I, Samuel B. Ballingrud, declare as follows in support of the Defendants' Motion to Dismiss:

Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the March 29, 2024 hearing on Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction.

Executed on May 7, 2024.

/s/ Samuel Ballingrud
SAMUEL B. BALLINGRUD