# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Therapeutics Corporation,<br>Plaintiff,<br><br>    v.<br><br>U.S. Food & Drug Administration, *et al.*,<br>Defendants,<br><br>    &<br><br>Liquidia Technologies, Inc.,<br>Defendant-Intervenor. | Case No. 24-cv-484-JDB |

**[Proposed] Order Granting Federal Defendants' Motion to Dismiss**

Before the Court is Federal Defendants' motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for lack of jurisdiction and for failure to state a claim upon which relief can be granted. Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Defendants' motion to dismiss is GRANTED. The Clerk shall close the case.

    SO ORDERED.

    DATED: _____.                    _____
                                              John D. Bates
                                              Senior United States District Judge