IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORP., <br>     *Plaintiff,* <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br>     *Defendants,* <br><br> and <br><br> LIQUIDIA TECHNOLOGIES, INC., <br>     *Defendant-Intervenor.* | No. 24-cv-484-JDB |

## LIQUIDIA TECHNOLOGIES, INC.'S
## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b), Defendant-Intervenor Liquidia Technologies, Inc. moves to dismiss Plaintiff United Therapeutics Corp.'s Complaint. In the memorandum of law accompanying this motion, Liquidia demonstrates that dismissal is warranted because (1) UTC has not been and will not be deprived of a 30-month stay; (2) UTC's challenge to FDA's acceptance of Liquidia's July Amendment challenges nonfinal agency action; (3) UTC's second patent case, pending in the Delaware District Court, can provide UTC the same ultimate relief that it seeks via its APA claims here; and (4) UTC errs as a matter of law in arguing that Liquidia's July Amendment of its 505(b)(2) NDA violates FDA's procedures. Liquidia requests a hearing on this dispositive motion.

Dated: May 7, 2024                           Respectfully submitted,

/s/ Bryan Killian
Bryan Killian (DC Bar No. 989803)
David B. Salmons (DC Bar No. 476299)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6191
F: (202) 739-3001
bryan.killian@morganlewis.com
david.salmons@morganlewis.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2024, I caused a true and correct copy of the foregoing to be served by CM/ECF on all counsel of record.

                                          /s/ Bryan Killian
                                          Bryan Killian