IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORP.,<br>   *Plaintiff*,<br><br> v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br>   *Defendants*,<br><br> and<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br>   *Defendant-Intervenor.* | No. 24-cv-484-JDB |

# [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss filed by Defendant/Intervenor Liquidia Technologies, Inc., and any opposing and supporting papers thereto, it is this ____ day of _____, 2024, by the United States District Court for the District of Columbia, ORDERED that Liquidia Technologies, Inc.'s Motion to Dismiss is GRANTED, and it is further ORDERED that Plaintiff's Complaint be and hereby is DISMISSED WITH PREJUDICE.

 SO ORDERED.

                _____
                UNITED STATES DISTRICT JUDGE
                JOHN D. BATES