IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED THERAPEUTICS
CORPORATION,

            *Plaintiff*,

  v.

FOOD AND DRUG
ADMINISTRATION, *et al.*,

            *Defendants*.

No. 24-cv-484-JDB

**DECLARATION OF BRIAN T. BURGESS IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, Brian T. Burgess, declare as follows:

1. I am an attorney at Goodwin Procter LLP in Washington, D.C., and counsel for Plaintiff United Therapeutics Corporation in connection with the above action. I am a member in good standing of the bars of the District of Columbia and New York.

2. Attached to this declaration is a true and correct copy of the following document:

| Exhibit | Description |
|---|---|
| 1 | Transcript of the March 29, 2024 hearing on Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (ECF No. 34) |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 4th day of June, 2024 in Washington, D.C.

                                              /s/ *Brian T. Burgess*
                                              Brian T. Burgess (D.C. Bar No. 1020915)