AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United Therapeutics Corp.
*Plaintiff*
v.
FDA et al.
*Defendant*

Case No. 24-cv-484-JDB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United Therapeutics Corporation.

Date: 08/14/2024

/s Kurt R. Karst
*Attorney's signature*

Kurt R. Karst (DDC Bar No. 482615)
*Printed name and bar number*
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street NW, Suite 1200
Washington, DC 20005
*Address*

kkarst@hpm.com
*E-mail address*

(202) 737-5600
*Telephone number*

(202) 737-9329
*FAX number*