IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants,*<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Defendant-Intervenor.* | No. 24-cv-00484-JDB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff United Therapeutics Corporation, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

No opposing party has answered or moved for summary judgment.

Dated: August 20, 2024                                         Respectfully submitted,

|  |  |
|---|---|
|  | */s/* William C. Jackson |
| Shaun R. Snader (D.C. Bar. No. 492231) | William C. Jackson (D.C. Bar No. 475200) |
| UNITED THERAPEUTICS CORPORATION | William M. Jay (D.C. Bar No. 480185) |
| 1735 Connecticut Ave. NW, 2nd Floor | Brian T. Burgess (D.C. Bar No. 1020915) |
| Washington, DC 20009 | GOODWIN PROCTER LLP |
| (202) 304-1701 | 1900 N Street NW |
|  | Washington, DC 20036 |
| Douglas Carsten (admitted *pro hac vice*) | (202) 346-4000 |
| Art Dykhuis (admitted *pro hac vice*) | wjackson@goodwinlaw.com |
| MCDERMOTT WILL & EMERY LLP | wjay@goodwinlaw.com |
| 18565 Jamboree Road, Suite 250 | bburgess@goodwinlaw.com |
| Irvine, CA 92615 |  |
| (949) 851-0633 | Gerard J. Cedrone (D.D.C. Bar No. MA0019) |
|  | GOODWIN PROCTER LLP |
| Adam W. Burrowbridge (D.C. Bar No. 001783) | 100 Northern Avenue |
| Paul Hughes (D.C. Bar. No. 997235) | Boston, MA  02210 |
| MCDERMOTT WILL & EMERY LLP | (617) 570-1000 |
| The McDermott Building |  |
| 500 North Capitol Street, NW | *Counsel for Plaintiff United Therapeutics Corporation* |
| Washington, DC 20001 |  |
| (202) 756-8797 |  |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2024 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system.

*/s/* William C. Jackson
William C. Jackson (D.C. Bar No. 475200)